**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | ) | |
| OF J.F. BRENNAN COMPANY, INC. FOR | ) | Case No. 25-cv-10144 |
| EXONERATION FROM, OR LIMITATION OF, | ) | |
| LIABILITY. | ) | |

**ORDER APPROVING SECURITY, DIRECTING ISSUANCE OF NOTICE, AND RESTRAINING SUITS**

On Motion of Plaintiff J.F. Brennan Company, Inc. ("Brennan"), pursuant to the provisions of Supplemental Rule F of the Federal Rules of Civil Procedure and, upon review of Plaintiff's Complaint herein and the Letter of Undertaking for value duly executed and filed in this matter, in the sum of one million, two-hundred and eighty-seven thousand and five hundred and no/100 dollars ($1,287,500.00), with interest at a rate of six percent per annum, it is

**ORDERED** that said Letter of Undertaking be, and the same hereby is, APPROVED; and

**IT IS FURTHER ORDERED** that the execution and filing of said Letter of Undertaking shall be without prejudice to the due appraisal of Brennan's said interest under Order of this Court, and that, on the filing of the verified appraisal of said interest, any party may have leave to apply to have the amount of said stipulation increased or decreased as the Court may direct; and

**IT IS FURTHER ORDERED** that notice be issued by the Clerk of this Court to all persons asserting any claims with respect to an alleged incident on February 23, 2025, on Narrow Bay at or near Smith Point in Shirley, New York. The Court

further orders all such parties to file their respective claims with the Clerk of this Court and to serve a copy on the attorneys for Brennan on or before **February 16, 2026**; and

**IT IS FURTHER ORDERED** that such notice be published in the New York Daily News once a week for four consecutive weeks prior to the date fixed above for the filing of claims; and that Brennan, not later than the day of the second publication, shall also mail a copy of said public notice to every person (or their attorney) to have made any claim against Brennan or the M/V JENNIFER or M/V BRIDGE BUILDER 125, arising from the aforesaid alleged February 23, 2025 incident; and

**IT IS FURTHER ORDERED**, since Brennan has posted approved security for the value of its interest in the M/V JENNIFER and M/V BRIDGE BUILDER 125, that the institution or prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any court whatsoever, against Brennan or the M/V JENNIFER or M/V BRIDGE BUILDER 125, in respect of any claim arising out of or connected with the alleged incident on February 23, 2025, on Narrow Bay at or near Smith Point in Shirley, New York, are hereby stayed and restrained, except in this proceeding, until the hearing and determination of this proceeding; and

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this Order on the persons to be restrained, or their respective attorneys.

The Clerk of Court is respectfully directed to terminate ECF No. 8.

SO ORDERED.

Dated: January 12, 2026
New York, New York

Dale E. Ho
United States District Judge