GILES B. HOWARD*
Telephone: (314) 516-1700
Email:  giles@gp-law.com

*Admitted in Missouri,
Washington, & Illinois

GOLDSTEIN AND PRICE, L.C.

ATTORNEYS AT LAW

SUITE 1500
701 MARKET STREET
ST. LOUIS, MISSOURI 63101

TELEPHONE (314) 516-1700
FACSIMILE  (314) 421-2832
www.gandp.law

January 15, 2026

Judge Valerie Figueredo
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    In the Matter of the Complaint of J.F. Brennan Company, Inc. For Exoneration
       From, or Limitation of, Liability, Case No. 25-cv-10144

Dear Judge Figueredo:

We respectfully submit this letter on behalf of J.F. Brennan Company, Inc., the Limitation Plaintiff in the above captioned case, to advise the Court that, as of the time of filing this letter, the notice addressed to all persons asserting claims with respect to this case has not been entered by the Clerk of the Court. This action involves a Petition by Limitation Plaintiff J.F. Brennan to limit its liability or exonerate itself from liability in regard to an alleged incident on February 23, 2025, on Narrow Bay at or near Smith Point in Shirley, New York.

On January 12, 2026, pursuant to Rule F of the Supplemental Rules for Admiralty or maritime Claims, this Court entered an order approving Limitation Plaintiff's Letter of Undertaking and directing the Clerk to issue a notice to assert claims. Further, the Court ordered that the Limitation Plaintiff publish the notice in the New York Daily News once a week for four consecutive weeks before the claims deadline of February 16, 2026.

To comply with this Court's present order regarding publication, Limitation Plaintiff must begin publication on January 16, 2026. Because the notice has not been issued, we are unable to comply with the Court's order absent an extension of the deadline.  Accordingly, Plaintiff respectfully request that the Court extend the claims deadline by thirty (30) days, until March 16, 2026 to permit Limitation Plaintiff sufficient time to satisfy the Court's publication

January 15, 2026
Page 2

requirements once the notice has been entered by the Court or otherwise provide relief that the Court deems just and reasonable based on the circumstances.

Very truly yours,

GOLDSTEIN and PRICE, L.C.

By: Giles B. Howard

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: January 16, 2026

The requested extension is GRANTED. The Clerk of Court is respectfully directed to issue the notice as outlined in ECF No. 11. The Clerk of Court is further directed to terminate the motion at ECF No. 12.