**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT OF J.F.           **25-CV-10144 (DEH) (VF)**
BRENNAN COMPANY, INC. FOR EXONERATION
FROM, OR LIMITATION OF LIABILITY                          **ORDER**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff J.F. Brennan Company is directed to respond to the counterclaims of

Claimants Long Island Power Authority and Sunrise Wind, LLC (see ECF Nos. 18 and 20)

on or by **June 4, 2026**.

      **SO ORDERED.**

DATED:    New York, New York
          May 5, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge