**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT OF J.F.                    **25-CV-10144 (DEH) (VF)**
BRENNAN COMPANY, INC. FOR EXONERATION
FROM, OR LIMITATION OF LIABILITY                                    **ORDER**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management

Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Wednesday, July**

**8, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall

submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by

**Wednesday, July 8, 2026**.

The parties shall discuss whether they consent to conduct all proceedings, including a

trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties

consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form

available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such

form with the Court. This Order is not meant to interfere in any way with the parties' absolute

right to have dispositive motions and/or a trial before a United States District Judge, but is

merely an attempt at preserving scarce judicial resources and reminding the parties of their

options pursuant to 28 U.S.C. § 636(c).

     **SO ORDERED.**

DATED:    New York, New York
           June 8, 2026

                                               _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge